The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHENGUANG DONG; and JINXUAN QU.<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-2842-BAT<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>October 13, 2026 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants jointly file this Stipulated Motion asking the Court to extend the deadlines for the filing of Defendants' response to Plaintiffs' complaint until December 14, 2026.

Plaintiffs filed their complaint on August 11, 2026, seeking an order compelling Defendants to adjudicate their Form I-485 Applications to Register Permanent Residence or Adjust Status. *See* Dkt. 1. New EB-2 visas recently became available as of the beginning of Fiscal Year 2027 on October 1, 2026. On October 7, 2026, USCIS issued Requests for Evidence to Plaintiffs concerning their I-485 applications, with a response deadline of November 6, 2026. The Parties anticipate that, with the requested extension, this litigation will become moot.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the Parties submit there is good cause for the requested extension as it will likely permit this case to be resolved without further litigation.

DATED this 13th day of October, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

*See PDF for Signature*
Chenguang Dong

*See PDF for Signature*
Jinxuan Qu

3408 27th Ave W
Seattle, WA 98199
Telephone : 904-263-6680
Email: markadp2023@gmail.com

*Plaintiffs Pro Se*

I certify that this memorandum contains 144 words, in compliance with Local Civil Rules.

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall respond to the Complaint by December 14, 2026.

DATED this 13th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers;

I further certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify that on this date, I arranged for service of the foregoing on the following non-CM/ECF participant, via Certified Mail, return receipt requested, postage prepaid, addressed as follows:

Chenguang Dong & Jinxuan Qu, *Pro Se* Petitioners
3408 27th Ave W
Seattle, WA 98199

DATED this 13th day of October, 2026.

*s/ Albert Kidd*
ALBERT KIDD, Paralegal Specialist
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: paul.albert.kidd@usdoj.gov